Case number 22-3807 Yi Zhang Lin v. Merrick Garland Oral argument 15 minutes per side Mr. Zhang for the petitioner Yes, Your Honor Good afternoon Good afternoon, Your Honor You may proceed Thank you, Your Honor I'd like to begin to say that IJ found and responded Petitioner was a credible witness So he gave his account based on his religion Also political opinion And the court found him to be credible I'd like to say Secondly, I want to say that IJ denied his claim Because first, for the religion, the judge said He denied because the detention was very brief Only three days And afterwards, he still remained in China for 26 days Based on that, the judge found the persecution The petitioner suffered doesn't rub to the level of persecution My argument would be Yes, according to his testimony, he was detained only three days But the special fact I want to bring to the court's attention Was he escaped while he was detained by bribing the guard If he did not escape from detention He might have been in prison longer than three days Who knows how long, maybe a month or two months We don't know But that fact, the judge did not address So I would like to bring that to court's attention So again, another point is he remained in China But the authority was looking for him after he escaped from detention So which means the Chinese authority was interested in finding him If they caught him, he may suffer more persecution by the authorities So therefore, I would argue the judge overlooked the fact That he escaped in the middle And he overlooked the fact that the government was looking for him in China So therefore, I think his persecution is different from other cases The judge's side, the juror's holder So therefore, he should be treated differently Different from the other cases of this circuit, the juror's holder  When you say that that makes it different from juror versus holder Isn't it also different in that because there was an escape Isn't that an explanation as to why the authorities would have been looking for him? So your honor, based on the records They only said that the government authority went to his home Looking for him several times We do not have more information But we know that's the fact that they were looking for him He was not legally released by the authority But he escaped Isn't it fair to say he was a fugitive? He was arrested pursuant to application of a law that is in China That he was participating in an underground or unregistered, I should say Religious service, right? Yes And once he was arrested and detained for three days After those three days, he escaped and was essentially a fugitive Yes Is that right? Yes Okay But your honor, the fugitive in a sense Because he was practicing religion He did not commit any crime Not a fugitive as a criminal Escaped from punishment But he just practiced religion So you're not suggesting that the Chinese government is a persecutor Trying to arrest him To get him political again So is it your position that the enforcement of the Chinese law That requires churches to be registered That when they actually enforce that law That that in and of itself is persecution? Is that what you're essentially arguing? Yes, yes, your honor I would argue So for people like the petitioner They just want to gather And he testified The court proceeding He said he did not want to go to a government-sanctioned church Because the government-sanctioned church has lots of restrictions They are not, in their eyes, a true Christian church So therefore they want to go to their own church To practice their religion So the Chinese government I'm sorry I wanted to follow up with you On the 2021 Department of State International Religious Freedom Report on China Can you tell me how we may consider that At this level When it was not in the administrative record? Your honor, the case was done in 2019 So we only included As an available country report So we cannot Because it's based on the records It was completed in 2019 And what specific evidence would you point us to That your client had a well-founded fear Of future persecution Based on his religion or his opposition? What is in this record that you think Is definitively in your client's favor To make that proof of requirement? It's a pretty high bar to pass Yes, your honor So the immigration judge cited the 2019 country report In that report The judge cited Based on that report There are more than 7 million Christians in China There are lots more churches in China But also the report says There are some groups Lots of groups Like the petitioner says There are many groups They did not rest with the government And they did not want to arrest And be monitored by the government So the petitioner is one of those groups They call it an underground church Or family gathering They like to do that setting They don't like the conventional church Because they don't want to be controlled So then it's your position that Any religious faith at all Or claimed religious faith at all That is not part of the millions of Recognized Christian churches in China Fall within this ability to say That they have a fear of future persecution Because they have not been registered? Your honor I can say this There are more than 7 million registered church members But there are probably more than 7 million I don't know They did not give the number Because they cannot count the number There are probably more people Going to the underground church without registration No number available to the state government They cannot say There are many groups anywhere in China They go to the underground church Or family gathering There are no numbers It doesn't mean there are not many China has a huge population Maybe more than 7 million Maybe more than I don't know how many numbers I cannot give a number But I know based on the petition There are lots of these kinds of groups People that go to their church And they organize it on their own But my question is Do you believe that there is That the evidence of fear of Future persecution Standard is made by the fact That your client and all of those other individuals That are unregistered That is an automatic indication That they can satisfy the fear of Future persecution claim You see what I'm trying to find the line How do we divide And what are you arguing for It sounds When you're talking about Millions of others unregistered That sounds very much to me like The claim that that satisfies The fear of future persecution And that's a huge open door I'm struggling with how we would How we would rule and keep Keep that information Applicable in every case Okay Your Honor So the First of all the petitioner in this case He described he How he attended an underground church Another case also by this Discussed by this court Is Jew vs. Holder Yes The similar facts That person too Also went to the underground church So there I don't know There are how many But there are Those cases demonstrate There are many people Went to an underground church They like the underground church They were somehow They don't like the government church Because they give a lot of reasons They limited the restriction For example They testified that the government church Do not allow children to be in the church They do not allow those people To distribute flyers They do not allow those people To spread gossips But in the underground church They can do whatever they want As believers So they do They feel that's the real church Real religion The practice So Just to follow up finally then So Zhu is exactly your case And the only difference is That your client escaped Because Zhu was detained at a meeting Interrogated Beaten with a baton Kicked Forced to kneel for 30 minutes On the ground And in police custody for a month It sounds like you're claiming all those things Except for the month-long custody Is that the distinction? A little One more thing, Your Honor Once he escaped He was wanted by the local authorities They went to his house looking for him So fortunately he was not caught If he was caught We don't know what could happen to him So he found a way to flee to China Only 26 days If he stays in China longer We don't know what could happen to him So my argument I do not agree with the judge Because the judge said There is low The risk of being caught is very low I do not disagree I do not agree with that one Because who knows how big the risk is Once he was caught again Because he escaped He probably punished more severely Based on his action Flee from the detention All right Mr. Zhang It's your burden on appeal To establish that the The BIA's findings of fact  What is your best case That the BIA's findings Are not supported by substantial evidence What's your best authority Your Honor, the BIA Basically adopted exactly the same They did not do any separate analysis Regarding Sure Why Sure, I mean There's a lot of unpublished cases That are cited both sides And they're not precedentially binding on us And I don't have to follow them But what is your best authority You have for your position Your Honor, at this moment I don't I think the circuit is very Serious about the standard But Based on the I can only base on my The fact analysis I would just argue Based on this case scenario The petitioner Suffered past persecution Because 3-day detention also is Being wanted by the government And also, Your Honor I want to argue one more thing For the fear of persecution The judge and BIA mentioned The petitioner left China Using his own passport And there was no issue When he left the country They used that fact as a To support the tax defending I would just say Their argument was not Supported by any law Or any authority Because a person being used Their own passport to leave the country Is because the person was not Practiced as a criminal He was not wanted As a criminal fugitive Therefore So he can use his passport to leave China That fact alone Doesn't indicate he was Not wanted by the government All right Mr. Zhang, thank you You'll have your 3 minutes rebuttal Any further questions at this time? Judge Scranch? Judge Davis? All right Let's hear from the Attorney General Mr. Stanton All right May it please the court I think we're all in agreement here That what happened to petitioner Was terrible So please do not interpret anything I'm saying In the briefs Or in arguments As any way condoning What China has done here   This court has said In both published and unpublished decisions That treatment Of the Chinese Is a crime And that it is Treatment that we would consider Unjust or even unconstitutional Does not necessarily Trigger immigration protection So I mean I'll address what both Judge Davis And Judge Scranch were saying It would be wonderful If all countries allowed religious freedom Worship the way we do But interference with religious Freedom is not Per se persecution But as a matter of statutory interpretation The INA only recognizes One form of mistreatment As per se persecution Petitioner actually quotes it On page 12 of his brief It's 8 U.S.C. 101 A42B That identifies If you're a victim of a forced abortion Or sterilization of victim Then that is automatic persecution That's the only instance where Mistreatment is considered per se persecution Otherwise you have to actually show That what you experience Fits within the ordinary Definition of persecution As defined by both courts And the Board As well That section on the side also recognizes That if you resist Forced sterilization If you're one of the protesters As was Mr. Zhang here Then you get an automatic nexus to political opinion But you still have to show that you were persecuted Because of it As far as persecution Is concerned Minor beatings, short detentions Just do not It's not sufficient At the end of the day As terrible as it was He was not permitted to worship freely That is simply not enough To establish persecution This court is Judge Griffin? What's your best case? You cite several unpublished Opinions from our court That are not precedentially binding You cite them for persuasive value But as to The published opinions I don't see a published opinion On point In support of your position If you have one I'd like to see it Are you talking about published decisions from this court? Yes, this court This court has not directly addressed This scenario I'm not going to argue any published decision Although quite a few unpublished decisions Since there is no binding precedent Tell me why This situation Does not arise to Cast persecution On account of religion First of all The petitioner has been found credible Unlike a lot of other cases His credibility is accepted So the facts that he has Recited are deemed true And he says that He was attending An unauthorized underground Christian church He was arrested by the local authorities He was beaten He was imprisoned He was imprisoned For three days He suffered injuries from the beating And then he only Got out of the imprisonment Because he bribed the guard He thereafter hid for 26 days And then went to Hong Kong And eventually went to the United States 2002 His parents said The local authorities were still Looking for him everywhere And five years later 2017 His father warned him Do not come back for your mother's funeral Because the police are still looking So why does that Amount to Cast persecution Based on the account of religion Why should we not hold that To be cast persecution based upon religion Yes well if you want to Publish a decision from this court It's pretty close I mean it's a different context But the Pillica vs Ashcroft decision Was on page 21 of our brief 388 F3rd 941 2004 case It's pretty much this situation But in the political opinion context Okay In that case The petitioner Was found not to be credible Isn't that the case And therefore his account was discounted And not believed That is much different than this case In which his account Is believed because he's credible Right Agency also even assuming he was credible His mistreatment Still would not constitute persecution And this court upheld That distinction that the minor beatings Even though it was interfering Clearly interfering How Major does the beating have to be When he's bleeding From his nose, his face He is bruised Are you saying they have to break bones To establish persecution Or what are you saying They have to just about kill him Or how severe are you saying We probably have to Require medical treatment That would be pretty much a minimum I mean this court has upheld Findings of no past persecution Beatings to the conscious numerous times When the victim did not have to Go see a doctor for his injuries Okay why should we do that Why should we just invent A standard that there is no Persecution unless you have to go to the hospital That's not in the statute Why should we make that up Because the case law makes Pretty clear like minor beatings I mean a bloody nose As much as it hurt You'll be fine after a couple of days He doesn't say how long So I mean well No broken bones I mean I don't think he was bleeding Okay sure but I mean Your honor this is The point that has been like adopted By courts everywhere Including this court that minor beatings Are not sufficient And there's nothing in the record here that indicates His mistreatment was any more than A minor beating so I mean Any beatings just I mean A slap in the face I'm sorry it's just Not enough I mean It's more than a slap in the face here obviously But okay You say that should be the standard but you can't Cite any authority that it is From our circuit anyway In the German Homeschooling case The Rami K versus Holder case The German homeschooling case The court didn't make clear that the standard For prostitution is very high That any form of mistreatment Isn't sufficient it's a very very High standard to meet so that I would assume Would be the Authority that like A relatively minor beating Is Insufficient so I mean Is it in the INA No I don't think so but But the board and this court And other courts have been pretty consistent That a minor beating by itself A minor beating coupled with other stuff Psychological harm or Death threats sure perhaps But that's not what happened here We're talking just beatings just fisticuffs I mean This standard just is not there I mean He certainly cites No authority in his Brief suggesting that his physical Mistreatment comes anywhere close to the Standard I didn't see I didn't See any such thing and with respect To the authorities I mean yes Judge David Says The Chinese authority came looking For him The record is silent as to why they're Actually inquiring as to his whereabouts And as you said Judge Griffin It's his burden to show the record Compels reversal so I mean it could Have been they were looking for him It could have been because they wanted to ensure That his illegitimate son Was receiving child support payments I mean we just don't know whether they were Looking up on him because He was Engaging in unauthorized Religious practices it's speculation on his part Maybe he's right Maybe it was for some other reason But speculation is not sufficient To compel reversal here So But So your argument would be That it's not the religious issue That is at core It's the violation of the Family planning laws Well the family planning Is something completely different yes And so I mean so Congress has mentioned that Family planning laws if you were the actual Victim if you were the mother And you had a forced abortion Or you were forcibly sterilized I suppose the father could be forcibly sterilized As well but that's not what happened here That's automatic persecution yes Then But What you mean by parallel is that All the There has been a selection as to what Rises to that level and it's statutory Or regulatory And that it has to do with Forced abortion or sterilization But all of the other Enforcement actions Of the one child policy For example which our country And women everywhere would find Incredibly Inappropriate Let's say Are under our law Not do not rise to the level Of persecution I mean are you making a parallel here That there is no statutory particular Protection so that General enforcement Of the one child policy Is not Is not tantamount to proving Persecution Well general enforcement is a bit beyond the actual Sterilization is that your question? I'm Looking to the analogy Whether there is Whether there is an analogy With the way our Circuit and other circuits have Enforced or found Persecution based on the one child Policy Versus this one Which is about Evidently an age related And unmarried Issue about a child Is that correct? I apologize I'm still not Understanding your question I'm sorry It's fair I think we're all Struggling with how What policy is it That is being Requested here what is The bright line or generally Bright line rule that Courts would be enforcing In this context If we found that this was Persecution I think we are interested In understanding What it is the request Is asked to be And I'm trying to figure out Exactly where your argument Lies on how that Particular standard functions So that when we Articulate what the rule is We're saying it appropriately So what is your Argument for? The argument is with respect to family planning policy If you are not the actual person Who was sterilized or aborted That like your mistreatment has to Actually rise to the level of persecution Now whether it's severe beatings As Judge Griffin and I were just discussing Or prolonged detention Months and all that If someone puts a gun in your mouth Death threats to that effect Really really extreme level That would give rise to persecution So what's your best case? In our court We cite several Best case for I mean Again minor beatings I cannot recall What case we sat in Offhand I would go back to the case I just talked about the Pelika case Getting beaten up and detained He wasn't even detained for the Family policy law as well He was just beaten If anything slapped around he was fine But apparently there were no serious efforts made To actually enforce the fine I don't think this court I know other courts have made clear That a fine per se is not persecution There have to be actual efforts to collect To actually confiscate property Like a lien on your land Or garnishing your wages That didn't happen here He was harassed for about a period of two years And then they apparently gave up On trying to pursue the fine How long was Mr. Lin in China After the birth of his child? Ten years When he was not arrested Ten years The child was born in 2002 And he left China in 2012 So ten years The authorities talked about the fine For about two years And they gave up after 2004 I mean he cites I actually wanted to get into The issue of judicial notice So I actually overlooked this I don't have much time left But it's a point I think is pretty important The case that he cites I'm not sure if I'm pronouncing this correctly Ives Jah It's 1996 Published an opinion cited repeatedly for judicial notice I missed this In my brief A colleague pointed out to me in a MOOC discussion Ives Jah's case relied On an outdated provision Of the INA They relied on former I mean you The court relied on former 8 U.S.C. 1105A4 That was amended In 1996 The current version is 8 U.S.C. 1252B4A And the revisions make clear That the courts cannot Use the federal rules of evidence To take judicial notice It's limited strictly To the evidentiary record Before the immigration judge This court made that point expressly In an unpublished decision in 2002 Beesha vs. INS 51 Federal Appendix 547 Made clear that Ives Jah's Is no longer good law With respect to Judicial notice So if a petitioner thinks he's got new evidence Post-dating his hearing He has to go file a motion to reopen Or remand with the agency So the new evidence here Is not proper balance for this court's Consideration That should have been in my brief But we can't catch everything I'm sorry Okay Thank you Mr. Stanton Any further questions Judge Scranch, Judge Davis Thank you for your argument Mr. Stanton Mr. Zhang you have 3 minutes rebuttal Thank you your honor First I'd like to talk about The other Resistance case So the judge found The petitioner to be credible For the reasons he described For being kicked Slept For trying to hide Her girlfriend's whereabouts And he was kicked He was slept And even though it was many years ago But the BIA says The last time Doesn't matter Like abortion case Even abortion occurred 20-30 years ago The person still can apply for asylum Similar to the other resistance So even though it happened About 10 years ago or longer Even though he stayed after The incident had occurred He's still in China But the other resistance Is a level whether they Reached to the level But no authority Described What's the other resistance What kind of other resistance Arrived to the level of persecution There's no specific law To talk about that one But based on His resistance Trying to protect His unborn child Being kicked slept I think that's pretty serious Plus he was fined for the incident That's number one Number two, you would like to see The petitioner in this case He was detained Three days, then he escaped The government point was The officer was looking for him But don't know for what reason But clearly he testified After he escaped, he grabbed the guard He left, so therefore The officer looking for him is because he escaped His action to be Escaped from the detention So based on that one I believe His special case He was three days Even though the harm The bleeding nose Did not require medical treatment Like you want to Point to, there's no law Says only those Beating or mistreatment Require medical treatment That's a persecution, that's not the case But just in some cases Some may need, some may not But that's not the standard to judge Whether a mistreatment is a Level of persecution Combine the fact that he was detained He was beating And he was hiding Eventually he had to leave his country To avoid persecution In this case, I believe he made his verdict He wasn't Mr. Zhang, say he did require Medical treatment Would be beneficial for him He's a fugitive Once he's bribed the guard and he's hiding In China I assume it's nationalized medicine It's state controlled Medicine, so if he went to A doctor or a hospital I assume it would be a government Controlled hospital or doctor That would find out who he is And where he is Is that a problem If we were to set a standard By saying there's only Past persecution If the injuries are To the level that Hospitalization or Medical visits are required Is that a problem in this case When you have China and you have a Chinese Health system Yes, your honor, in China There's internet security Monitored everywhere nowadays So if you go to anywhere You present your ID card They wouldn't know who I assume they track Their citizens pretty well Yes So he could not see Medical treatment as a fugitive Yes, your honor He probably got caught right away Okay, all right I think you're out of time Do you have anything to wrap up Your argument Your honor, I just asked the court To consider this case separately By case analysis To find the Petitioner is a Refugee Also by the Not by the circuit But the circuit has Their own view But the circuit make a new finding Regarding several points we discussed today All right, any further questions Judge Scranch Judge Davis Mr. Zhang, thank you for your argument The case will be submitted